**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard J. Jacobowitz <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7199 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–33952–CMG | |

# Order of Discharge                                                                                               12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Richard J. Jacobowitz

<u>3/22/21</u>                                                              **By the court:** <u>Christine M. Gravelle</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 15-33952-CMG

Richard J. Jacobowitz                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                        User: admin                                        Page 1 of 3
Date Rcvd: Mar 22, 2021                          Form ID: 3180W                              Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard J. Jacobowitz, 477 South Cooks Bridge Road, Jackson, NJ 08527-2968 |
| cr | + | First Niagara Bank, N.A., Saldutti Law Group, Robert L. Saldutti, Esquire, 800 N. Kings Highway, Suite 300 Cherry Hill, NJ 08034-1511 |
| cr | + | Nationstar Mortgage LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | U.S. Bank National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave, Suite 100, Boca Raton, FL 33487-2853 |
| 515918841 | + | Cardmaster Service, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 515918837 | + | Nationstar Mortgage, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 515918838 | + | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 515918846 | + | Sears Credit Cards, P.O. Box 78051, Phoenix, AZ 85062-8051 |
| 516908771 | + | U.S. Bank N.A., Trustee (see 410), c/o Nationstar Mortgage LLC, PO Box 619096, Dallas, Texas 75261-9096 |
| 516100200 | + | U.S. Bank National Association, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 516325690 | + | U.S. Bank National Association, c/o Robertson, Anschutz & Schneid P.L., 6409 Congress Ave., Suite 100, Boca Raton FL 33487-2853 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2021 01:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2021 01:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516139723 | + | Email/Text: bncmail@w-legal.com | Mar 23 2021 01:42:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515918842 | + | EDI: DISCOVER.COM | Mar 23 2021 00:38:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 515931408 | | EDI: DISCOVER.COM | Mar 23 2021 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515933885 | | EDI: FORD.COM | Mar 23 2021 00:43:00 | Ford Motor Credit Company, LLC, Dept. 55953, P.O. Box 55000, Detroit, MI 48255-0953 |
| 515935388 | | EDI: FORD.COM | Mar 23 2021 00:43:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 515918839 | + | Email/Text: fnb.bk@fnfg.com | Mar 23 2021 01:42:00 | First Niagra Bank, NA, P.O. Box 28, Buffalo, NY 14240-0028 |
| 515947859 | | Email/Text: fnb.bk@fnfg.com | Mar 23 2021 01:42:00 | First Nigara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 515918840 | + | EDI: FORD.COM | Mar 23 2021 00:43:00 | Ford Credit, P.O. Box 220564, Pittsburgh, PA 15257-2564 |
| 516131071 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2021 23:41:43 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 15-33952-CMG   Doc 81   Filed 03/24/21   Entered 03/25/21 00:16:03   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 517223288 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2021 00:02:13 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 515918843 | + | Email/Text: bk@lendingclub.com | Mar 23 2021 01:43:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 515918845 | + | EDI: NFCU.COM | Mar 23 2021 00:43:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 515918844 | + | EDI: NFCU.COM | Mar 23 2021 00:43:00 | Navy Federal Credit Union, P.O. Box 3100, Merrifield, VA 22119-3100 |
| 516130853 | | EDI: PRA.COM | Mar 23 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 515967680 | | EDI: RMSC.COM | Mar 23 2021 00:38:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516117745 | | EDI: WFFC.COM | Mar 23 2021 00:43:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 515918847 | + | EDI: WFFC.COM | Mar 23 2021 00:43:00 | Wells Fargo Financial National Bank, P.O. Box 660553, Dallas, TX 75266-0553 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2010-1 American General Mortgage Pass-Through Certificates, Series 2010-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Lynn Therese Nolan | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper ecfnotices@grosspolowy.com  lnolan@grosspolowy.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 30 |

Patrick O. Lacsina
    on behalf of Creditor U.S. Bank National Association   PATRICK.LACSINA@GMAIL.COM

Patrick O. Lacsina
    on behalf of Creditor Nationstar Mortgage LLC   PATRICK.LACSINA@GMAIL.COM

Rebecca K. McDowell
    on behalf of Creditor First Niagara Bank  N.A. rmcdowell@slgcollect.com

Robert L. Saldutti
    on behalf of Creditor First Niagara Bank  N.A. rsaldutti@salduttocollect.com, lmarciano@salduttcollect.com;kcollins@slgcollect.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

Stacey L. Mullen
    on behalf of Debtor Richard J. Jacobowitz slmullen@comcast.net

TOTAL: 11