Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                            Case No.: 15−33952−CMG
                                            Chapter: 13
                                            Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard J. Jacobowitz
   477 South Cooks Bridge Road
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−7199

Employer's Tax I.D. No.:

---

### FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 22, 2021</u>                  <u>Christine M. Gravelle</u>
                                        Judge, United States Bankruptcy Court